UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHANELL YOUNG, et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>SAGINAW COUNTY SHERIFF'S OFFICE, et al.,<br><br>　　　Defendants. | Case No. 24-cv-11806<br><br>Honorable Robert J. White |

**ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL DISCOVERY (ECF NO. 15)**

This matter having come before the Court and after oral argument, and for the reasons stated from the bench on March 13, 2025, the Court Grants in Part and Denies in Part (without prejudice) Plaintiffs' Motion to Compel Discovery as follows.

IT IS HEREBY ORDERED THAT Defendant Bonnington shall:

　　a. Answer Interrogatory 4, subparts (e)-(k), with respect to Bonnington's employment with the County.

　　b. Answer Interrogatory 4, subpart (j) identifying any disciplines imposed while a law enforcement officer with the Army.

1

c. In response to Production Request 3, Defendant shall provide Plaintiffs' counsel the opportunity to promptly review Bonnington's personnel file. Plaintiffs stipulate to the redaction of personal identifying information (PII). The parties shall confer with respect to the documents Plaintiffs seek from the file. To the extent the parties cannot agree on the production requested, the parties may return to the Court for further review.

d. In response to Production Request 4 and Production Request 7, produce all documents related to disciplines referenced in answer to Interrogatory 4.

e. Answer Interrogatory 6, including subparts, regarding lawsuits pending within the preceding 3 years in which Bonnington was a party and that include allegations of unlawful detention, improper use of force, service of process, and/or interference with the First Amendment rights of the public to speak out or tape law enforcement activity.

f. Answer Interrogatory 10, identifying the supervisors to whom Bonnington spoke on December 11, 2023 and answer subparts (a)-(d).

g. Answer Interrogatory 5, including all subparts.

  h. Answer Interrogatory 7, limited to stating whether Bonnington used a personal cell or County cell phone on December 11, 2023 and identifying the calls and text messages captured on the phone related to the December 11, 2023 incident, regardless of the date such calls/texts were made or received.  In answer to Production Request 10, produce documents reflecting the calls and/or texts to/from/including Bonnington related to the incident on December 11, 2023 regardless of the date such calls/text were made or received.

IT IS FURTHER ORDERED THAT THE Defendant County/Sheriff's Department shall:

  a.  Answer Interrogatory 11 to identify the supervisor who communicated with Bonnington on December 11, 2023 and answer subparts (a)-(d).

  b.  Answer Interrogatory 12 including subparts (a)-(d) except Defendants need to identify the address, telephone number and email address of the participating deputies. Produce documents required by Production Request 1(j), including but not limited to the Internal Investigative Report related to the incident on December 11, 2023.

  c. Answer Interrogatory 13, including all subparts, and produce the

documents required by Production Request 1(k) related to the incident on December 11, 2023 as to cell phone data otherwise responsive to Production Request 1(k), Defendant is directed to produce only the calls and/or texts related to the incident on December 11, 2023 regardless of the date such calls/texts were made or received.

d. Answer Interrogatory 10 limited to stating whether the County provided a cell phone to Defendant Bonnington for use on December 11, 2023 and to identify the calls and text messages captured on the phone related to the December 11, 2023 incident regardless of the date such calls/texts were made or received.

e. Answer Interrogatories 1, 2, and 4 limited to identifying those persons who had contact with, or a view of, Bonnington while he was with Plaintiffs in the Sallyport on December 11, 2023.

f. Answer Interrogatory 16 including all subparts and produce all documents responsive to Production Request 1(n).

g. Produce all sustained complaints responsive to Production Request 6, made by any person about Bonnington that include allegations of excessive force, unlawful detention and/or First Amendment protections.

h. Answer Interrogatory 6 to identify the following trainings, and produce documents related thereto in response to Production Request 1(e), regarding:

> 1. A list of all trainings taken by Defendant Bonnington regardless of subject;
> 2. All trainings provided by the Defendant Saginaw County Sheriff's Office within 2 years preceding December 11, 2023, regarding civil service of process and/or the public's right to speak out against or tape law enforcement activity.

i. Answer Interrogatory 8 limited identifying lawsuits pending against Saginaw County and/or the Sheriff's Department or any member of the Sheriff's Department at any time during the period December 11, 2021 through December 11, 2023 related to alleged excessive force, unlawful arrest and/or detention, and/or First Amendment violations (including related to the public's right to speak out against or tape law enforcement activity).  Produce documents related to Interrogatory 8, as limited above, in answer to Production Request 1(f).

j. Answer Interrogatory 9 to identify those employees terminated from the Sheriff's department at any time from December 11, 2021 up to and through December 11, 2023 for reason(s) related to use of force, arrest and/or detention of persons, civil service of process,  and/or interfering

with another's First Amendment rights including the right to speak out against or videotape law enforcement activity.

k. Produce all documents demonstrating discipline taken against any employee between December 11, 2021 and December 11, 2023 related to service of process in response to Production Request 4.

The remainder of the Motion to Compel is denied without prejudice.

SO ORDERED.

Dated: May 5, 2025             s/Robert J. White
                               Robert J. White
                               United States District Judge